IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-15-RLV-DCK

| | |
|---|---|
| DOREEN SUSAN D'ANGELANTONIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) concerning Justin Harriss Homes, filed June 24, 2011. Mr. Homes seeks to appear as counsel *pro hac vice* for Defendant, NCO Financial Systems, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Homes is admitted to appear before this court *pro hac vice* on behalf of Defendant, NCO Financial Systems, Inc.

Signed: June 24, 2011

David C. Keesler
United States Magistrate Judge